IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TONY LEWIS AND JOSEPH LEWIS
PLAINTIFFS

VS.                                   CIVIL ACTION #5:09-CV-170

CHARLEY CARRIERS, INC. AND
ALLEN L. MEIER
DEFENDANTS



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 2 5 2010
J. T. NOBLIN, CLERK
BY_____ DEPUTY

JUDGMENT

This day this cause coming on for final hearing upon the cause of Joseph Lewis, came Joseph Lewis by his attorneys as well as Charley Carriers, Inc. and Allen L. Meier by their attorneys and made known unto the Court that this cause between them had been fully, finally, and forever compromised and settled and should be finally dismissed on its merits with prejudice together with any and all claims, set-offs, or counterclaims that may exist or could have existed that relate to the incident or incidents that gave rise to this action;

And further came now Joseph Lewis, Charley Carriers, Inc. and Allen L. Meier by their respective counsel, and by oral motion did show unto the Court, as follows, to wit:

(a) Joseph Lewis, Charley Carriers, Inc. and Allen L. Meier, who are parties, as aforesaid, in this cause, have compromised and settled all claims, causes of action, etc. between them and desire to dismiss the same with prejudice as aforesaid by the entry of judgment in keeping therewith;

(b) That more than one claim for relief against more than one party is presented in this action;

(c) The entry of a Final Judgment in settlement of all those claims between Joseph Lewis as Plaintiff, and Charley Carriers, Inc. and Allen L. Meier as Defendants, but upon fewer than all the claims or against fewer than all the parties, should be directed by this Court;

(d) That this Court should make an expressed determination that there is no just reason for delay; and

(e) That this Court should make an expressed direction for the entry of that Judgment;

And this Court finding that: (a) As aforesaid, Joseph Lewis, Charley Carriers, Inc. and Allen L. Meier, some of the parties in this cause, have compromised and settled all claims, causes of action, etc. between them and desire to dismiss the same with prejudice as aforesaid by the entry of judgment in keeping herewith; and (b) That more than one claim for relief against more than one party is presented in this action;

Further, (c) The entry of a Final Judgment as aforesaid upon fewer than all the claims or against fewer than all the parties is directed by this Court; (d) The entry of said Final Judgment is made by this Court upon an expressed determination that there is no just reason for delay; and (e) This Court makes an expressed direction for the entry of the Judgment.

And the Court having been advised in the premises and finding that counsel for Joseph Lewis, and counsel for Charley Carriers, Inc. and Allen L. Meier have approved the entry of this Agreed Judgment and each counsel has affixed his signature hereto in approval of the same;

It is therefore ordered and adjudged that this cause of action involving Joseph Lewis as Plaintiff, and Charley Carriers, Inc. and Allen L. Meier as Defendants, together with any and all claims, set-offs, or counterclaims that may exist or could have existed that relate to the incident or incidents that gave rise to this action involving Joseph Lewis as Plaintiff, and Charley Carriers, Inc. and Allen L. Meier as Defendants, be and the same are fully, finally and forever dismissed on their merits with prejudice; each party to bear his costs, expenses, and attorney fees.

This the 20th day of January 2010.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

APPROVED:

_____
COUNSEL FOR JOSEPH LEWIS

_____
COUNSEL FOR CHARLEY CARRIERS, INC.
AND ALLEN L. MEIER